SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGSTOWN CAPITAL MANAGEMENT, L.P.; KINGSTOWN PARTNERS MASTER LTD.; KINGSTOWN PARTNERS II, L.P.; KTOWN, LP; KINGSTOWN CAPITAL PARTNERS LLC; INVESTHOLD LTD; AND VERALI LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>RADOVAN VITEK; CPI PROPERTY GROUP, S.A.; J&T BANKA, A.S.; POSTOVA BANKA, A.S.; JAN GERNER; MILADA MALA; JEAN FRANÇOIS OTT; LUMIR SAFRANEK; PAVEL SPANKO; AND JULIUS STRAPEK,<br><br>Defendants. | Civil Action No.: 19-cv-03170 (DC) |

**DEFENDANT JULIUS STRAPEK'S NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Declaration of Julius Strapek and Memorandum of Law in Support of Defendant Julius Strapek's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and upon all pleadings and prior proceedings herein, Defendant Julius Strapek will move this Court before the Honorable Denise L. Cote, U.S.D.J., United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing the Complaint as to Mr. Strapek, and for all other relief that this Court deems just and proper.

Dated: September 10, 2019

Respectfully submitted,

CHELNEY LAW GROUP PLLC

By: s/ Stan Chelney
    Stan Chelney
    Philipp Smaylovsky

28 Liberty Street, 6th Floor
New York, NY 10005
(212) 653-0024
(212) 653-0020
stan@chelneylaw.com
philipp@chelneylaw.com

*Attorneys for Defendant*
*Julius Strapek*