**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 10, 2019



MEMO ENDORSED

VIA ECF

Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Kingstown Capital Management, L.P. et al. v. Vitek et al.*, No. 19 Civ. 3170 (DLC)

Your Honor:

We represent defendants J&T BANKA, a.s. and Postova banka, a.s. and are writing with regard to the preliminary conference scheduled for September 13, 2019. I will be away from New York for a hearing on September 13, but my partner and co-principal counsel, Maeve O'Connor, is able to attend and is fully versed on all aspects of this case. Because Your Honor's Individual Rules require the attendance of principal trial counsel, we are writing to seek your approval for either of us to attend future conferences in this matter without further approval.

Thank you for your time and attention in this matter.

Respectfully submitted,

Dated: New York, New York
       September 10, 2019

Granted.

*[signature]*
9/12/19

By: s/ David W. Rivkin
    David W. Rivkin (*dwrivkin@debevoise.com*)
    Maeve O'Connor (*mloconnor@debevoise.com*)
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, New York 10022
    Tel: (212) 909-6000
    Fax: (212) 909-6836
    mloconnor@debevoise.com

    *Counsel for defendants J&T BANKA, a.s. and Postova banka, a.s.*