UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
KINGSTOWN CAPITAL MANAGEMENT, L.P.;      :
KINGSTOWN PARTNERS MASTER LTD.;          :
KINGSTOWN PARTNERS II, L.P.; KTOWN, LP;  :    19cv3170 (DLC)
KINGSTOWN CAPITAL PARTNERS LLC;          :
INVESTHOLD LTD; and VERALI LIMITED,      :    ORDER
                                         :
                        Plaintiffs,      :
              -v-                        :
                                         :
RADOVAN VITEK; CPI PROPERTY GROUP,       :
S.A.; J&T BANKA, A.S.; POSTOVA BANKA,    :
A.S.; JAN GERNER; MILADA MALA; JEAN-     :
FRANÇOIS OTT; LUMIR SAFRANEK; PAVEL      :
SPANO; and JULIUS STRAPEK,               :
                                         :
                        Defendants.      :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

On September 10, 2019, each of the defendants except Lumir Safranek ("Safranek"), who had not yet been served, filed motions to dismiss the complaint pursuant to, inter alia, Rules 12(b)(1), (2), (3), and (6), Fed. R. Civ. P. Following service, Safranek timely filed his motion to dismiss on November 6. On November 22, the plaintiffs filed an amended complaint. Accordingly, it is hereby

ORDERED that each of the defendants' September 10 and November 6 motions shall be terminated as moot.

SO ORDERED:

Dated: New York, New York
November 26, 2019

```
                    _____
                         DENISE COTE
                    United States District Judge
```