UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGSTOWN CAPITAL MANAGEMENT, L.P.; KINGSTOWN PARTNERS MASTER LTD.; KINGSTOWN PARTNERS II, L.P.; KTOWN, LP; KINGSTOWN CAPITAL PARTNERS LLC; INVESTHOLD LTD.; and VERALI LIMITED,

    Plaintiffs,

v.

RADOVAN VITEK; CPI PROPERTY GROUP, S.A.; J&T BANKA, A.S.; J&T FINANCE GROUP SE; POSTOVA BANKA, A.S.; EGNARO INVESTMENTS LIMITED; LCE COMPANY LIMITED; LEVOS LIMITED; ROTHSCHILD & CO.; TOMÁŠ DAVID; RENÉ FOLTÁN; JAN GERNER; MILADA MALA; MARTIN NEMECEK; JEAN-FRANÇOIS OTT; LUMIR SAFRANEK; PETR SEKANINA; PAVEL SPANKO; and JULIUS STRAPEK,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2020

No. 19-cv-3170 (DLC)

~~PROPOSED~~ ORDER
WITHDRAWAL OF COUNSEL

Granted

Denise Cote
2/28/20

Upon the accompanying declaration of Jaime D. Sneider, dated February 14, 2020;

**IT IS HEREBY ORDERED** that Jaime D. Sneider hereby withdraws as counsel for Kingstown Capital Management, L.P., Kingstown Partners Master Ltd., Kingstown Partners II, L.P., Ktown, LP, and Kingstown Capital Partners LLC, Investhold Ltd. and Verali Limited (together, the "Plaintiffs") and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned

1

matter. Boies Schiller Flexner LLP will continue to represent the Plaintiffs in this proceeding.

Dated: _____       _____
                                United States District Judge