

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

March 13, 2020

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

      Re:    *Kingstown Capital Mgmt., L.P., v. Radovan Vitek*,
             No. 19 Civ. 3170 (DLC) (JLC)

Dear Judge Cote:

      We represent the plaintiffs in the above-referenced case. Today, we are filing a consolidated opposition to the following motions to dismiss:

- Defendant Jean-François Ott's Motion to Dismiss [ECF Nos. 140-41];
- Defendant Lumir Safranek's Motion to Dismiss [ECF Nos. 142, 145, 177];
- Defendant Jan Gerner's Motion to Dismiss [ECF Nos. 143-44];
- Defendants Radovan Vitek, CPI Property Group S.A., Milada Mala, and Martin Němeček's Motion to Dismiss [ECF Nos. 146-52];
- Defendants J&T Banka, a.s., J&T Finance Group, SE, and Postova Banka, a.s.'s Motion to Dismiss [ECF Nos. 153-57];
- Defendant Julius Strapek's Motion to Dismiss [ECF Nos. 158-60];
- Defendant Pavel Španko's Motion to Dismiss [ECF Nos. 161-63]; and
- Defendant Rothschild & Co.'s Motion to Dismiss [ECF Nos. 164-66].

Those defendants' replies are due on April 10th. [ECF No. 175.] In addition, certain later-served defendants are due to file their own motions to dismiss on April 3rd, with plaintiffs' opposition due on April 24th, and replies due by May 8th. [ECF No. 174.]

      Pursuant to Rule 3(F) of the Court's Individual Practices in Civil Cases, the plaintiffs hereby respectfully request oral argument with respect to those motions. Thank you for your consideration of this request.

                                                                          Respectfully,

                                                                          /s/ Matthew L. Schwartz
                                                                          Matthew L. Schwartz
                                                                          BOIES SCHILLER FLEXNER LLP
                                                                          55 Hudson Yards
                                                                          New York, New York 10001