

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

May 28, 2020

By CM/ECF

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:     *Kingstown Capital Mgmt., L.P. et al., v. Vitek et al.*, Case No. 19-cv-3170 (DLC)

Dear Judge Cote:

We are counsel to Defendants CPI Property Group, S.A., Radovan Vitek, Milada Mala, and Martin Němeček in connection with the above-referenced litigation.  Pursuant to Federal Rule of Civil Procedure 25(a), this letter serves as a statement noting the death of Lumir Safranek, formerly a defendant in this action, in late April of 2020.  As the Court will recall, Mr. Safranek was already gravely ill when he was served in this action.  *See* Dkt. 94 at 27:20-25.

We will provide the Court and all parties with a translated copy of Mr. Safranek's certificate of death when available.

Respectfully,

/s/ Seth M. Cohen

Seth M. Cohen

cc:     All counsel (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers: Johannesburg  Louisville. Legal Services Center: Berlin.  For more information see www.hoganlovells.com