UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

KINGSTOWN CAPITAL
MANAGEMENT, L.P., et al.        Plaintiff,

-against-

RADOVAN VITEK, et al.           Defendant.
------------------------------------------------------

Case No.  1:19-03170-DLC

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Scott M. Kessler
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SK5510          My State Bar Number is  4242905

I am,
☑  An attorney
☐  A Government Agency attorney
☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Akerman LLP
            FIRM ADDRESS:  666 Fifth Avenue, 20th Floor, NY, NY 10103
            FIRM TELEPHONE NUMBER:  (212) 880-3800
            FIRM FAX NUMBER:  (212) 880-8965

NEW FIRM:   FIRM NAME:  Akerman LLP
            FIRM ADDRESS:  520 Madison Avenue, 20th Floor, NY, NY 10022
            FIRM TELEPHONE NUMBER:  (212) 880-3800
            FIRM FAX NUMBER:  (212) 880-8965

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  7/2/2020                              Scott M. Kessler
                                              _____
                                              ATTORNEY'S SIGNATURE