UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGSTOWN CAPITAL MANAGEMENT, L.P.; KINGSTOWN PARTNERS MASTER LTD.; KINGSTOWN PARTNERS II, L.P.; KTOWN, LP; KINGSTOWN CAPITAL PARTNERS LLC; INVESTHOLD LTD; and VERALI LIMITED,<br><br>                    Plaintiffs,<br><br>          v.<br><br>RADOVAN VITEK; CPI PROPERTY GROUP, S.A; J&T BANKA, A.S.; J&T FINANCE GROUP SE; POSTOVA BANKA, A.S.; EGNARO INVESTMENTS LIMITED; LCE COMPANY LIMITED; LEVOS LIMITED; ROTHSCHILD & CO.; TOMÁŠ DAVID; RENÉ FOLTÁN; JAN GERNER; MILADA MALA; MARTIN NĚMEČEK; JEAN-FRANÇOIS OTT; LUMIR SAFRANEK; PAVEL SPANKO; and JULIUS STRAPEK,<br><br>                    Defendants. | No. 1:19-cv-03170-DLC |

MARISA H. LENOK hereby declares:

1.      I am currently a Senior Associate with the law firm Hogan Lovells US LLP.  I am admitted to practice in this Court, and I respectfully submit this Declaration in support of my Motion to Withdraw as Counsel for Defendants CPI Property Group, S.A., Radovan Vitek, Milada Mala, and Martin Němeček (the "CPI Defendants").

2.      Local Civil Rule 1.4 provides that:

An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement . . . .

3. I am moving to withdraw as counsel of record because, effective July 25, 2020, I will no longer be affiliated with Hogan Lovells US LLP.

4. My withdrawal as counsel of record will not unduly prejudice the CPI Defendants or cause any delay in these proceedings, as Michael C. Hefter, Seth M. Cohen, and Andrew M. Harris of Hogan Lovells US LLP will continue to represent the CPI Defendants.

5. I am not asserting a retaining or charging lien.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      July 24, 2020

Respectfully submitted,

By: s/ Marisa H. Lenok
    Marisa H. Lenok
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
marisa.lenok@hoganlovells.com